IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GLENN DOCKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-10-934-M |
| | ) | |
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On April 8, 2011, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action. The Magistrate Judge recommended that this Court dismiss this action without prejudice for failure to timely serve the defendants with the complaint. Plaintiff was advised of his right to object to the Report and Recommendation by April 25, 2011. A review of the file reveals that no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 8, 2011, and

(2) DISMISSES this action without prejudice for failure to timely serve the defendants with the complaint.

**IT IS SO ORDERED this 28th day of April, 2011.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE